IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HAKIM NASEER,

                                                                                  ORDER

                    Plaintiff,

                                                                       10-cv-399-bbc

     v.

OFFICER BRIAN NEUMAIER,
LT. THOMAS SCHOENEBERG
and SGT. MORRISON,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Hakim Naseer, a prisoner at the Wisconsin Secure Program Facility in Boscobel, Wisconsin, has submitted a proposed complaint. He requests leave to proceed <u>in forma pauperis</u>. A decision on the request will be delayed until plaintiff makes an initial partial payment of the $350 filing fee, as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. The amount that plaintiff will have to pay cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

      Plaintiff's complaint was submitted on July 11, 2010. His trust fund account statement should cover the six-month period beginning approximately January 11, 2010 and

1

ending approximately July 9, 2010. Once plaintiff has submitted the necessary statements, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under § 1915(e)(2). Plaintiff should show a copy of this order to institution officials to make sure they know they should send plaintiff's trust fund account statement to this court

ORDER

IT IS ORDERED that plaintiff may have until August 6, 2010, in which to submit a trust fund account statement for the period beginning January 11, 2010 and ending July 9, 2010. If, by August 6, 2010, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 19th day of July, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge