IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAKIM NASEER,

    Plaintiff,

v.

OFFICER BRIAN NEUMAIER,
LT. THOMAS SCHOENEBERG
and SGT. MORRISON,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-399-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case for plaintiff's failure to satisfy Fed. R. Civ. P. 8.

_____    9/30/10
Peter Oppeneer, Clerk of Court         Date